# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

CHARLES BLEVINS,

:

    Petitioner,                                      Case No. 1:05-cv-038

:

  -vs-                                                         Magistrate Judge Michael R. Merz

WARDEN, Ross Correctional Institution,

:

    Respondent.

## ORDER

This case is before the Court on Petitioner's Third Motion to Stay and Hold in Abeyance (Doc. No. 74) and First Motion for Discovery (Doc. No. 75). The Court conducted a brief telephone conference on the Motions on Monday, August 29, 2011, in which Wendy Callaway participated on behalf of the Petitioner and Scott Criss participated on behalf of the Respondent.

As a result of that conference, both Motions are denied without prejudice to their renewal not later than September 15, 2011. Respondent will have the full amount of time provided by S. D. Ohio Civ. R. 7.2 to respond on the merits of any renewed motions.

August 29, 2011.

                                                         s/ **Michael R. Merz**
                                                          United States Magistrate Judge