# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

CHARLES BLEVINS,

    Petitioner,                                    Case No. 1:05-cv-038

    -vs-                                             Magistrate Judge Michael R. Merz

WARDEN, Ross Correctional Institution,

    Respondent.

## ORDER STRIKING CORRESPONDENCE

Petitioner Charles Blevins has filed correspondence in this habeas corpus case which is clearly intended to be considered by the Court as argument (Doc. No. 91). Petitioner has not served copies on the Warden and thus the communication is made ex parte. Furthermore, Petitioner has appointed counsel in this case and cannot file materials *pro se*. Therefore the correspondence is stricken without prejudice to submission of any material through counsel.

April 23, 2012.

                                                    s/ **Michael R. Merz**
                                                United States Magistrate Judge